IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRYON KELLY, | § | |
| | § | No. 297, 2021 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 2006008832 (K) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  January 3, 2022
Decided:    January 24, 2022

## **ORDER**

It appears to the Court that, on December 16, 2021, the Chief Deputy Clerk of the Court issued a notice, sent by certified mail, to the appellant, Bryon Kelly, to show cause why his appeal should not be dismissed for his failure to file an opening brief and appendix.  Kelly received the notice on December 20, 2021.  A timely response to the notice to show cause was due on or before December 30, 2021.  To date, Kelly has not responded to the notice to show cause, nor has he filed an opening brief.  Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice